1

2

3

4

5      **UNITED STATES DISTRICT COURT**

6      **DISTRICT OF NEVADA**

7

8   THE BANK OF NEW YORK MELLON, fka              )
    THE BANK OF NEW YORK as Successor in          )
9   Interest to JP Morgan Chase Bank NA as Trustee )
    for Structured Asset Mortgage Investments II Inc., )
10  Bear Stearns Alt-A Trust 2005-9, Mortgage Pass- )
    Through Certificates, Series 2005-9,           )
11                                                 )
                    Plaintiff,                     )   Case No. 2:16-cv-00478-JCM-GWF
12                                                 )
    vs.                                            )   **ORDER**
13                                                 )
    LAS VEGAS DEVELOPMENT GROUP LLC,               )
14  *et al.*,                                      )
                                                   )
15                  Defendants.                    )
    _____       )
16

17          This matter is before the Court on Plaintiff's failure to file a Certificate as to Interested

18  Parties as required by LR 7.1-1. The Complaint (#1) in this matter was filed March 4, 2016. LR

19  7.1-1 requires that counsel for private parties shall, upon entering a case, file a certificate as to

20  interested parties, listing all persons, firms, partnerships or corporations, known to have an interest

21  in the outcome of the case, including the names of all parent subsidiary, affiliate and/or insider of

22  the named non-individual parties. If there are no known interested parties, other than those

23  participating in the case, a statement to that effect must be filed. To date, Plaintiff has failed to

24  comply. Accordingly,

25  . . .

26  . . .

27  . . .

28  . . .

1     **IT IS ORDERED** that Plaintiff shall file its Certificate as to Interested Parties, which fully

2  complies with LR 7.1-1 no later than **April 4, 2016.**  Failure to comply may result in the issuance of

3  an order to show cause why sanctions should not be imposed.

4         DATED this 25th day of March, 2016.

6                                                          _____

                                                          GEORGE FOLEY, JR.

7                                                          United States Magistrate Judge