Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: ajacobs@swlaw.com
   bgriffith@swlaw.com
   hcheong@swlaw.com
*Attorneys for Plaintiff*
*Bank of New York Mellon*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK NA AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS ALT-A TRUST 2005-9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-9,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS DEVELOPMENT GROUP LLC, a Nevada limited-liability company; ROYAL HIGHLANDS STREET AND LANDSCAPE MAINTENANCE CORPORATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company; and AIRMOTIVE INVESTMENTS, LLC, a Nevada limited-liability company,<br><br>Defendants. | Case No.: 2:16-cv-00478-JCM-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR RESPONSE TO ROYAL HIGHLANDS STREET AND LANDSCAPE MAINTENANCE CORPORATION'S MOTION TO DISMISS FIRST AMENDED COMPLAINT ("MOTION TO DISMISS") AND REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between Defendant Royal Highlands Street and Landscape Maintenance Corporation (the "HOA") and Plaintiff The Bank

of New York Mellon, fka The Bank of New York as Successor in Interest to JP Morgan Chase Bank N.A. as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns Alt-A Trust 2005 – Mortgage Pass-Through Certificates, Series 2005-9 ("Bank of New York Mellon"), through their undersigned counsel, that Bank of New York Mellon's response to the HOA's Motion to Dismiss First Amended Complaint ("Motion to Dismiss"), filed February 15, 2018 (ECF No. 26), shall be due March 15, 2018. The HOA's reply in support of its Motion to Dismiss shall be due April 12, 2018.

Dated: February 28, 2018

LEACH JOHNSON SONG & GRUCHOW

*/s/ Ryan D. Hastings*
Sean L. Anderson, Esq. (Bar # 7259)
Ryan D. Hastings, Esq. (Bar # 12394)
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
*Attorneys for Royal Highlands Street and Landscape Maintenance Corporation*

Dated: February 28, 2018

SNELL & WILMER, L.L.P.

*/s/ Holly E. Cheong*
Andrew M. Jacobs, Esq. (Bar # 12787)
Holly E. Cheong, Esq. (Bar # 11936)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Plaintiff Bank of New York Mellon*

### ORDER

IT IS SO ORDERED March 1, 2018.

_____
U.S. DISTRICT COURT JUDGE

4819-2393-3534