Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: ajacobs@swlaw.com
        bgriffith@swlaw.com
*Attorneys for Plaintiff The Bank of New York Mellon, fka*
*The Bank of New York as Successor in Interest to JP*
*Morgan Chase Bank NA as Trustee for Structured Asset*
*Mortgage Investments II Inc. Bear Stearns ALT-A Trust*
*2005-9, Mortgage Pass-Through Certificates, Series 2005-*
*9*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK NA AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS ALT-A TRUST 2005-9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-9, <br><br> Plaintiff, <br><br> vs. <br><br> LAS VEGAS DEVELOPMENT GROUP LLC, a Nevada limited-liability company; ROYAL HIGHLANDS STREET AND LANDSCAPE MAINTENANCE CORPORATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company; and AIRMOTIVE INVESTMENTS, LLC, a Nevada limited-liability company, <br><br> Defendants. | Case No.: 2:16-cv-00478 <br><br><br><br> **STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE DEADLINES** |

Snell & Wilmer
——— L.L.P. ———
LAW OFFICES
50 WEST LIBERTY STREET, SUITE 510
RENO, NEVADA 89501-1961
(775) 785-5440

4817-8536-1770

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION**

IT IS HEREBY STIPULATED between The Bank of New York Mellon, fka The Bank of New York as Successor in Interest to JP Morgan Chase Bank NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-9, Mortgage Pass-Through Certificates, Series 2005-9 ("BNYM" or "Plaintiff"), Defendant Las Vegas Development Group, LLC ("LVDG") and Defendant Royal Highlands Street and Landscape Maintenance Corporation (the "Association"), by and through their undersigned counsel, stipulate to extend the deadlines for disclosure of expert witnesses and their reports by 30 days from the current dates as follows:

- Initial Expert – June 15, 2018, extended until **July 14, 2018**.
- Rebuttal Experts – July 16, 2018, extended until **August 7, 2018**.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

Snell & Wilmer
——— L.L.P. ———
LAW OFFICES
50 WEST LIBERTY STREET, SUITE 510
RENO, NEVADA 89501-1961
(775) 785-5440

- 2 -

4817-8536-1770

Snell & Wilmer

L.L.P.

LAW OFFICES
50 WEST LIBERTY STREET, SUITE 510
RENO, NEVADA 89501-1961
(775) 785-5440

This is the Parties' first request for an extension and is entered in good faith and not for purposes to delay or prolong this litigation. Rather this request is made for the purpose of accommodating the Parties' expert witnesses.

DATED this 15th day of June 2018.

SNELL & WILMER L.L.P.

By: ___/s/Blakeley E. Griffith_____
    Andrew M. Jacobs (NV Bar No. 12787)
    Blakeley E. Griffith (NV Bar No. 12386)
    3883 Howard Hughes Parkway,
    Suite 1100
    Las Vegas, Nevada  89169
    *Attorneys for Plaintiff The Bank of New York*
    *Mellon, fka The Bank of New York*
    *as Successor in Interest to JP Morgan Chase*
    *Bank NA as Trustee for Structured Asset*
    *Mortgage Investments II Inc. Bear Stearns*
    *ALT-A Trust 2005-9, Mortgage Pass-*
    *Through Certificates, Series 2005-9*

DATED this 15th day of June 2018.

LEACH JOHNSON SONG & GRUCHOW

By: ___/s/ Ryan D. Hastings_____
    Sean L. Anderson (NV Bar No. 7259)
    Ryan D. Hastings (NV Bar No. 1239)
    9120 West Post Road, Suite 100
    Las Vegas, Nevada 89148
    *Attorneys for Defendant Royal Highlands*
    *Street and Landscape Maintenance*
    *Corporation*

DATED this 15th day of June 2018.

ROGER P. CROTEAU & ASSOCIATES, LTD.

By: ___/s/ Timothy E. Rhoda_____
    Roger P. Croteau (NV Bar No. 4958)
    Timothy E. Rhoda (NV Bar No. 7878)
    9120 West Post Road, Suite 100
    Las Vegas, Nevada 89148
    *Attorney for Defendants Las Vegas*
    *Development Group, LLC and*
    *Airmotive Investments, LLC*

## ORDER

**IT IS SO ORDERED.**

Dated this <u>18th</u> day of June 2018.

_____
UNITED STATES MAGISTRATE JUDGE

4817-8536-1770