UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br><br>                Plaintiff,<br>v.<br><br>LAS VEGAS DEVELOPMENT GROUP LLC, *et al.*,<br><br>                Defendants. | Case No. 2:16-cv-00478-JCM-GWF<br><br>**ORDER** |

       This matter is before the Court on Steven Loizzi, Jr. Esq.'s Motion to Withdraw as Counsel for Defendant Alessi & Koenig, LLC ("A&K") (ECF No. 42), filed on June 20, 2018. To date, no party has filed a response to this motion and the time for opposition has now expired. Counsel represents that A&K dissolved in April 2016 and no longer has funds to pay for representation. The Court finds that the movant has substantially established good cause for withdrawal. Accordingly,

       **IT IS HEREBY ORDERED** that Steven Loizzi, Jr. Esq.'s Motion to Withdraw as Counsel for Defendant Alessi & Koenig, LLC (ECF No. 42) is **granted**.

       **IT IS FURTHER ORDERED** that Alessi & Koenig, LLC must retain new counsel if it intends to litigate this matter. A corporation or limited liability company may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Defendant Alessi & Koenig, LLC shall have until **August 3, 2018**, to advise the Court if it will retain new local counsel.

       **IT IS FURTHER ORDERED** that the Clerk of the Court shall:

. . .

. . .

1. Add the last known addresses of Defendant Alessi & Koenig LLC to the civil docket:

   **Alessi & Koenig LLC**
   **9500 W. Flamingo Road, Suite 205**
   **Las Vegas, NV 89147**

   **Alessi & Koenig LLC – Debtor**
   **c/o Jeanette McPherson, Esq. and/or Trustee Shelly Krohn, Esq.**
   **Schwartzer McPherson**
   **2850 S. Jones Boulevard, Suite 1**
   **Las Vegas, NV 89146-5308**

2. Serve Alessi & Koenig, LLC with a copy of this order at its last known addresses listed above.

Dated this 6th day of July, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE