| | |
|---|---|
| 1 | Andrew M. Jacobs, Esq. |
| | Nevada Bar No. 12787 |
| 2 | Blakeley E. Griffith, Esq. |
| | Nevada Bar No. 12386 |
| 3 | SNELL & WILMER L.L.P. |
| | 3883 Howard Hughes Parkway, Suite 1100 |
| 4 | Las Vegas, NV 89169 |
| | Telephone: (702) 784-5200 |
| 5 | Facsimile: (702) 784-5252 |
| | Email: ajacobs@swlaw.com |
| 6 | bgriffith@swlaw.com |

*Attorneys for Plaintiff The Bank of New York Mellon, fka The Bank of New York as Successor in Interest to JP Morgan Chase Bank NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-9, Mortgage Pass-Through Certificates, Series 2005-9*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK NA AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS ALT-A TRUST 2005-9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-9, <br><br> Plaintiff, <br><br> vs. <br><br> LAS VEGAS DEVELOPMENT GROUP LLC, a Nevada limited-liability company; ROYAL HIGHLANDS STREET AND LANDSCAPE MAINTENANCE CORPORATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company; and AIRMOTIVE INVESTMENTS, LLC, a Nevada limited-liability company, <br><br> Defendants. | Case No.: 2:16-cv-00478 <br><br> **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** <br><br> **(First Request)** |

4821-6924-2992

Pursuant to Local Rules 6-1 and 26-4, The Bank of New York Mellon, fka The Bank of New York as Successor in Interest to JP Morgan Chase Bank NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-9, Mortgage Pass-Through Certificates, Series 2005-9 ("BNYM" or "Plaintiff"), Defendant Las Vegas Development Group, LLC ("LVDG"), Defendant Airmotive Investments, LLC ("Airmotive"), and Defendant Royal Highlands Street and Landscape Maintenance Corporation (the "Association") hereby stipulate and request that the Court approve a 60-day extension of the dispositive motion deadline from September 13, 2018 to November 15, 2018. This is the first request for an extension of this deadline. The grounds for this request relate to ongoing settlement discussions and that the depositions of LVDG, Airmotive, and the Association remain to be completed.

The request for additional time at this point reflects the need for additional time for the parties to discuss resolution of the dispute thereby eliminating the need for expensive, time-consuming dispositive motions for both the parties and the Court, and to complete the remaining depositions of Airmotive, LVDG and the Association. The danger of prejudice is non-existent given that all parties have stipulated to the extension.

This stipulated request is submitted in good faith for the reasons explained above, not for purposes of undue delay.

DATED this 27th day of August 2018.

SNELL & WILMER L.L.P.

By: /s/ Blakeley E. Griffith
Andrew M. Jacobs (NV Bar No. 12787)
Blakeley E. Griffith (NV Bar No. 12386)
3883 Howard Hughes Parkway,
Suite 1100
Las Vegas, Nevada 89169
*Attorneys for Plaintiff The Bank of New York
Mellon, fka The Bank of New York
as Successor in Interest to JP Morgan Chase
Bank NA as Trustee for Structured Asset
Mortgage Investments II Inc. Bear Stearns
ALT-A Trust 2005-9, Mortgage Pass-
Through Certificates, Series 2005-9*

DATED this 27th day of August 2018.

ROGER P. CROTEAU & ASSOCIATES, LTD.

By: /s/ Timothy E. Rhoda
Roger P. Croteau (NV Bar No. 4958)
Timothy E. Rhoda (NV Bar No. 7878)
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
*Attorney for Defendants Las Vegas
Development Group, LLC and
Airmotive Investments, LLC*

4821-6924-2992

DATED this 27th day of August 2018.

LEACH JOHNSON SONG & GRUCHOW

By: /s/Ryan D. Hastings
Sean L. Anderson (NV Bar No. 7259)
Ryan D. Hastings (NV Bar No. 1239)
8945 W. Russell Road, Ste. 330
Las Vegas, NV 89148
*Attorneys for Defendant Royal Highlands Street and Landscape Maintenance Corporation*

### ORDER

**IT IS SO ORDERED** August 31, 2018.

_____
UNITED STATES DISTRICT JUDGE

Snell & Wilmer L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

4821-6924-2992

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2018, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Also on this date, I caused to be served a true and correct copy by U.S. mail and addressed to the following:

Alessi & Koenig LLC
9500 W. Flamingo Road, Suite 205
Las Vegas, NV 89147
*Pro Se*

Alessi & Koenig LLC
c/o Jeanette McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Ste. 1100
Las Vegas, NV 89146
*Attorneys for Interested Party Shelley D. Krohn*

DATED: August 27, 2108.

*Mary Full*
An Employee of Snell & Wilmer L.L.P.

4821-6924-2992

- 4 -