| | |
|---|---|
| 1 | ROGER P. CROTEAU, ESQ. |
| | Nevada Bar No. 4958 |
| 2 | TIMOTHY E. RHODA, ESQ. |
| | Nevada Bar No. 7878 |
| 3 | ROGER P. CROTEAU & ASSOCIATES, LTD. |
| | 9120 West Post Road, Suite 100 |
| 4 | Las Vegas, Nevada 89148 |
| | (702) 254-7775 |
| 5 | (702) 228-7719 (facsimile) |
| | croteaulaw@croteaulaw.com |
| 6 | *Attorney for Defendants* |
| | **LAS VEGAS DEVELOPMENT GROUP, LLC** |
| 7 | **AND AIRMOTIVE INVESTMENTS, LLC** |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK NA AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS ALT-A TRUST 2005-9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-9, | Case No. 2:16-cv-00478-JCM-GWF |
| Plaintiffs, | |
| vs. | |
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited-liability company; ROYAL HIGHLANDS STREET AND LANDSCAPE MAINTENANCE CORPORATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company; and AIRMOTIVE INVESTMENTS, LLC, a Nevada limited-liability company, | |
| Defendants. | |

**STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO MOTION FOR SUMMARY JUDGMENT**
(First Request)

COMES NOW Plaintiff, THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK NA AS

TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS ALT-A TRUST 2005-9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-9, and Defendants, AIRMOTIVE INVESTMENTS, LLC. and LAS VEGAS DEVELOPMENT GROUP, LLC, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On November 15, 2018, Plaintiff filed a Motion for Summary Judgment herein [ECF #59]. Responses to said Motion are presently due on December 6, 2018.

2. Defendants' counsel have been required to devote time and attention to numerous other pending legal matters since the filing of the Motion for Summary Judgment which have detracted from the time available prepare a response. In addition, the Thanksgiving Holiday and family obligations associated therewith impacted the time available.

3. Based upon the foregoing, Defendants have requested and shall be granted an extension of time until January 4, 2019, in which to respond to the Plaintiff's Motion for Summary Judgment.

4. This Stipulation is made in good faith and not for purpose of delay.

Dated this ___6th___ day of December, 2018.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | SNELL & WILMER L.L.P. |
|---|---|
| /s/ *Timothy E. Rhoda* <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 9120 West Post Road, Suite 100 <br> Las Vegas, Nevada 89148 <br> (702) 254-7775 <br> croteaulaw@croteaulaw.com <br> ***Attorney for Defendants*** <br> ***Las Vegas Development Group, LLC*** <br> ***and Airmotive Investments, LLC*** | /s/ *Blakeley E. Griffith* <br> BLAKELEY E. GRIFFITH, ESQ. <br> Nevada Bar No. 12386 <br> 3883 Howard Hughes Parkway, Suite 1100 <br> Las Vegas, NV 89169 <br> 702-784-5200 <br> 702-784-5252 (fax) <br> bgriffith@swlaw.com <br> ***Attorney for Plaintiff*** <br> ***Bank of New York Mellon*** |

10912 Fishers Island

**IT IS SO ORDERED.**

By: *[signature: James C. Mahan]*
Judge, U.S. District Court

Dated: December 12, 2018

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____6th____ day of December, 2018, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT** (First Request) to the following parties:

| | |
|---|---|
| Holly Cheong<br>Snell & Wilmer LLP<br>Suite 1100<br>3883 Howard Hughes Pkwy<br>Las Vegas, NV 89169<br>702-784-5200<br>702-784-5252 (fax)<br>hcheong@swlaw.com<br>*Attorney for Plaintiff*<br>*Bank of New York Mellon* | Ryan D Hastings<br>Leach Johnson Song & Gruchow<br>8945 W. Russell Road<br>Las Vegas, NV 89148<br>702-538-9074<br>702-538-9113 (fax)<br>rhastings@leachjohnson.com<br>*Attorney for Defendant*<br>*Royal Highlands Street and Landscape*<br>*Maintenance Corporation* |
| Blakeley E. Griffith<br>Snell & Wilmer L.L.P.<br>3883 Howard Hughes Parkway<br>Suite 1100<br>Las Vegas, NV 89169<br>702-784-5200<br>702-784-5252 (fax)<br>bgriffith@swlaw.com<br>*Attorney for Plaintiff*<br>*Bank of New York Mellon* | Amy F. Sorenson<br>Snell & Wilmer, LLP<br>3883 Howard Highes Parkway<br>Suite 1100<br>Las Vegas, NV 89169<br>801-257-1907<br>801-257-1800 (fax)<br>asorenson@swlaw.com<br>*Attorney for Plaintiff*<br>*Bank of New York Mellon* |
| Andrew M. Jacobs<br>Snell & Wilmer L.L.P.<br>One South Church Avenue<br>Tucson, AZ 85701<br>520-882-1207<br>520-884-1294 (fax)<br>ajacobs@swlaw.com<br>*Attorney for Plaintiff*<br>*Bank of New York Mellon* | Jeanette E. McPherson<br>Schwartzer & McPherson Law Firm<br>2850 South Jones Boulevard<br>Suite 1100<br>Las Vegas, NV 89146<br>702-228-7590<br>702-892-0122 (fax)<br>bkfilings@s-mlaw.com<br>*Attorney for Interested Party*<br>*Chapter 7 Trustee Shelley D. Krohn* |
| Wayne O. Klomp, Pvt<br>Snell & Winter, LLP<br>50 W. Liberty Street<br>Reno, NV 89501<br>(775) 785-5440<br>(775) 785-5441 (fax)<br>wklomp@swlaw.com<br>*Attorney for Plaintiff*<br>*Bank of New York Mellon* | Steven T. Loizzi, Jr.<br>Alessi & Koenig, LLC<br>9500 West Flamingo Road, Suite 205<br>Las Vegas, NV 89147-5721<br>(702) 222-4033<br>(702) 222-4043 (fax)<br>steve@alessikoenig.com<br>*Attorney for Defendant*<br>*Alessi & Koenig, LLC* |

　　　　　　　　　　　　　　　/s/ *Timothy E. Rhoda*
　　　　　　　　　　　　　　An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

10912 Fishers Island