Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: ajacobs@swlaw.com
       bgriffith@swlaw.com
*Attorneys for Plaintiff*
*Bank of New York Mellon*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK NA AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS ALT-A TRUST 2005-9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-9,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS DEVELOPMENT GROUP LLC, a Nevada limited-liability company; ROYAL HIGHLANDS STREET AND LANDSCAPE MAINTENANCE CORPORATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company; and AIRMOTIVE INVESTMENTS, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No.: 2:16-cv-00478-JCM-GWF<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE RE: (1) PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 59]; (2) DEFENDANT ROYAL HIGHLANDS STREET AND LANDSCAPE MAINTENANCE CORPORATION'S MOTION FOR SUMMARY JUDGMENT [EFC NO. 61]; and (3) DEFENDANTS LAS VEGAS DEVELOPMENT GROUP, LLC and AIRMOTIVE INVESTMENTS, LLC'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 62]**<br><br>**(First Request)** |

Plaintiff the Bank of New York Mellon, fka The Bank of New York as Successor in Interest to JP Morgan Chase Bank NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-9, Mortgage Pass-Through Certificates, Series 2005-9 ("BNYM" or

4846-7278-8867

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

"Plaintiff"), Defendant Royal Highlands Street and Landscape Maintenance Corporation ("Royal Highlands"), and Defendants Las Vegas Development Group, LLC and Airmotive Investments, LLC ("LVDG" and collectively with BNYM and LVDG, the "Parties"), by and through their respective counsel, hereby stipulate to extend the briefing schedule on the Parties' Motions for Summary Judgment [ECF Nos. 59, 61, and 62] as follows:

Plaintiff's response to Defendants Royal Highlands opposition to Plaintiff's Motion for Summary Judgment will be extended from December 20, 2018 to **January 10, 2019**; and

Defendants Royal Highlands' and LVDGs' replies to Plaintiff's opposition to their Motions for Summary Judgment will be extended from December 20, 2018 to **January 10, 2019**.

The reason for the extension is not for purposes of delay but rather, is due to the workload and holiday travel schedule of the Parties' attorneys. This is the Parties' first request for an extension of these deadlines.

**IT IS SO STIPULATED.**

Dated: December 18, 2018.

SNELL & WILMER L.L.P.

By: /s/Blakeley E. Griffith
Andrew M. Jacobs (NV Bar No. 12787)
Blakeley E. Griffith (NV Bar No. 12386)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
*Attorneys for Plaintiff Bank of New York Mellon*

Dated: December 18, 2018.

ROGER P. CROTEAU & ASSOCIATES, LTD.

By: /s/ Timothy E. Rhoda
Roger P. Croteau (NV Bar No. 4958)
Timothy E. Rhoda (NV Bar No. 7878)
9120 West Post Road, Suite 100
Las Vegas, NV 89148
Telephone: (702) 254-7775
Facsimile: (702) 228-7719
*Attorneys for Defendant Las Vegas Development Group LLC and Airmotive Investments, LLC*

///
///
///
///
///
///

4846-7278-8867

Dated: December 18, 2018.

LEACH KERN GRUCHOW ANDERSON SONG

By: /s/ Ryan D. Hastings
　　Ryan D. Hastings (NV Bar No. 12394)
　　2525 Box Canyon Drive
　　Las Vegas, NV 89128
　　Telephone: (702) 538-9074
　　Facsimile: (702) 538-9113
*Attorneys for Defendant Royal Highlands Street and Landscape Maintenance Corporation*

# **ORDER**

**IT IS SO ORDERED.**

DATED: December 20, 2018

_____
UNITED STATES DISTRICT COURT JUDGE

-3-

4846-7278-8867

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2018, I electronically filed the foregoing **STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE RE: (1) PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 59]; (2) DEFENDANT ROYAL HIGHLANDS STREET AND LANDSCAPE MAINTENANCE CORPORATION'S MOTION FOR SUMMARY JUDGMENT [EFC NO. 61]; and (3) DEFENDANTS LAS VEGAS DEVELOPMENT GROUP, LLC and AIRMOTIVE INVESTMENTS, LLC'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 62]** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 18th day of December 2018.

/s/Gaylene Kim
An Employee of Snell & Wilmer L.L.P.

-4-

4846-7278-8867