ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendants*
**LAS VEGAS DEVELOPMENT GROUP, LLC
AND AIRMOTIVE INVESTMENTS, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK NA AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS ALT-A TRUST 2005-9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-9, <br><br> Plaintiffs, <br><br> vs. <br><br> LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited-liability company; ROYAL HIGHLANDS STREET AND LANDSCAPE MAINTENANCE CORPORATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company; and AIRMOTIVE INVESTMENTS, LLC, a Nevada limited-liability company, <br><br> Defendants. | Case No. 2:16-cv-00478-JCM-GWF |

### STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT
(Second Request)

COMES NOW Plaintiff, THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK NA AS

TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS ALT-A TRUST 2005-9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-9, and Defendants, AIRMOTIVE INVESTMENTS, LLC. and LAS VEGAS DEVELOPMENT GROUP, LLC, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On November 15, 2018, Plaintiff filed a Motion for Summary Judgment herein [ECF #59]. Responses to said Motion are presently due on January 4, 2019, pursuant to a stipulation approved on December 12, 2018 [ECF #69].

2. Defendants' counsel have been required to devote time and attention to numerous other family and pending legal matters since the filing of the Motion for Summary Judgment which have detracted from the time available prepare a response. In addition to the Christmas and New Years Day holidays, Defendants' counsel has filed numerous appellate briefs and an United States Supreme Court amicus brief since the filing of the Motion for Summary Judgment.

3. Based upon the foregoing, Defendants have requested and shall be granted an additional extension of time until January 18, 2019, in which to respond to the Plaintiff's Motion for Summary Judgment.

4. This Stipulation is made in good faith and not for purpose of delay.

Dated this ____4th____ day of January, 2019.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | SNELL & WILMER L.L.P. |
|---|---|
| /s/ *Timothy E. Rhoda* <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 9120 West Post Road, Suite 100 <br> Las Vegas, Nevada 89148 <br> (702) 254-7775 <br> croteaulaw@croteaulaw.com <br> *Attorney for Defendants* <br> *Las Vegas Development Group, LLC* <br> *and Airmotive Investments, LLC* | /s/ *Blakeley E. Griffith* <br> BLAKELEY E. GRIFFITH, ESQ. <br> Nevada Bar No. 12386 <br> 3883 Howard Hughes Parkway, Suite 1100 <br> Las Vegas, NV 89169 <br> 702-784-5200 <br> 702-784-5252 (fax) <br> bgriffith@swlaw.com <br> *Attorney for Plaintiff* <br> *Bank of New York Mellon* |

10912 Fishers Island

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO MOTION FOR SUMMARY JUDGMENT (Second Request)
2:16-cv-00478-JCM-GWF

**IT IS SO ORDERED.**

By: _____
UNITED STATES DISTRICT JUDGE

Dated: January 7, 2019

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this \_\_\_\_4th\_\_\_\_ day of January, 2019, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT** (Second Request) to the following parties:

Holly Cheong
Snell & Wilmer LLP
Suite 1100
3883 Howard Hughes Pkwy
Las Vegas, NV 89169
702-784-5200
702-784-5252 (fax)
hcheong@swlaw.com
*Attorney for Plaintiff*
*Bank of New York Mellon*

Blakeley E. Griffith
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
702-784-5200
702-784-5252 (fax)
bgriffith@swlaw.com
*Attorney for Plaintiff*
*Bank of New York Mellon*

Andrew M. Jacobs
Snell & Wilmer L.L.P.
One South Church Avenue
Tucson, AZ 85701
520-882-1207
520-884-1294 (fax)
ajacobs@swlaw.com
*Attorney for Plaintiff*
*Bank of New York Mellon*

Wayne O. Klomp, Pvt
Snell & Winter, LLP
50 W. Liberty Street
Reno, NV 89501
(775) 785-5440
(775) 785-5441 (fax)
wklomp@swlaw.com
*Attorney for Plaintiff*
*Bank of New York Mellon*

Ryan D Hastings
Leach Johnson Song & Gruchow
8945 W. Russell Road
Las Vegas, NV 89148
702-538-9074
702-538-9113 (fax)
rhastings@leachjohnson.com
*Attorney for Defendant*
*Royal Highlands Street and Landscape Maintenance Corporation*

Amy F. Sorenson
Snell & Wilmer, LLP
3883 Howard Highes Parkway
Suite 1100
Las Vegas, NV 89169
801-257-1907
801-257-1800 (fax)
asorenson@swlaw.com
*Attorney for Plaintiff*
*Bank of New York Mellon*

Jeanette E. McPherson
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard
Suite 1100
Las Vegas, NV 89146
702-228-7590
702-892-0122 (fax)
bkfilings@s-mlaw.com
*Attorney for Interested Party*
*Chapter 7 Trustee Shelley D. Krohn*

Steven T. Loizzi, Jr.
Alessi & Koenig, LLC
9500 West Flamingo Road, Suite 205
Las Vegas, NV 89147-5721
(702) 222-4033
(702) 222-4043 (fax)
steve@alessikoenig.com
*Attorney for Defendant*
*Alessi & Koenig, LLC*

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

10912 Fishers Island