**LEACH KERN GRUCHOW ANDERSON SONG**
**SEAN L. ANDERSON**
Nevada Bar No. 7259
RYAN D. HASTINGS
Nevada Bar No. 12394
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
sanderson@lkglawfirm.com
rhastings@lkglawfirm.com
*Attorneys for Defendant Royal Highlands Street and Landscape Maintenance Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK NA AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS ALT-A TRUST 2005—MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-9,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS DEVELOPMENT GROUP LLC, a Nevada limited-liability company; ROYAL HIGHLANDS STREET AND LANDSCAPE MAINTENANCE CORPORATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company,<br><br>Defendants. | Case No.: 2:16-cv-00478-JCM-GWF<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE RE: (1) DEFENDANT ROYAL HIGHLANDS STREET AND LANDSCAPE MAINTENANCE CORPORATION'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 61] and (2) DEFENDANT LAS VEGAS DEVELOPMENT GROUP, LLC AND AIRMOTIVE INVESTMENTS, LLC'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 62]**<br><br>**(Third Request)** |

Defendant Royal Highlands Street and Landscape Maintenance Corporation (the "Association"), and Defendant Las Vegas Development Group, LLC and Airmotive Investments, LLC ("LVDG")(collectively, the "Parties"), by and through their respective counsel, hereby stipulate to extend the briefing schedule on the Parties' Motions for Summary Judgment [ECF Nos. 61 and 62] as follows:

LEACH KERN GRUCHOW ANDERSON SONG
2525 Box Canyon Drive, Las Vegas, Nevada 89128
Telephone: (702) 538-9074 – Facsimile (702) 538-9113

The Association's and LVDG's replies to Plaintiff's opposition to their Motions for Summary Judgment will be extended from January 17, 2019 to **January 25, 20**19.

The reason for the extension is not for purposes of delay but rather, is due to the workload of the Parties upon return from the holidays, and the Association's counsel being ill. This is the Parties' third request for an extension of these deadlines.

**IT IS SO STIPULATED.**

| **Leach Kern Gruchow Anderson Song** | **ROGER P. CROTEAU & ASSOC.** |
|---|---|
| */s/ Ryan D. Hastings* | */s/ Timothy E. Rhoda* |
| Sean L. Anderson<br>Nevada Bar No. 7259<br>Ryan D. Hastings<br>Nevada Bar No. 12394<br>2525 Box Canyon Drive<br>Las Vegas, NV 89128<br>*Attorneys for Royal Highlands Street and Landscape Maintenance Corp.* | Roger P. Croteau<br>Nevada Bar No. 4958<br>Timothy E. Rhoda<br>Nevada Bar No. 7878<br>9120 West Post Road, #100<br>Las Vegas, NV 89148<br>*Attorneys for Las Vegas Development Group, LLC and Airmotive Investments, LLC* |

**SNELL & WILMER, LLP**

*/s/ Blakeley E. Griffith*
_____
Andrew M. Jacobs
Nevada Bar No. 12787
Blakeley E. Griffith
Nevada Bar No. 12386
3883 Howard Hughes Parkway, #1100
Las Vegas, NV 89169
bgriffith@swlaw.com
*Attorneys for Bank of New York Mellon*

### ORDER

**IT IS SO ORDERED** January 18, 2019.

_____
U.S. District Court Judge

-2-