Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: ajacobs@swlaw.com
　　　　bgriffith@swlaw.com
*Attorneys for Plaintiff*
*Bank of New York Mellon*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK NA AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS ALT-A TRUST 2005-9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-9,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>LAS VEGAS DEVELOPMENT GROUP LLC, a Nevada limited-liability company; ROYAL HIGHLANDS STREET AND LANDSCAPE MAINTENANCE CORPORATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company,<br><br>　　　　　　Defendants. | Case No.: 2:16-cv-00478-JCM-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION FOR PLAINTIFF TO FILE ITS REPLY TO DEFENDANT ROYAL HIGHLANDS STREET AND LANDSCAPE MAINTENANCE CORPORATION'S RESPONSE [ECF NO. 89] TO PLAINTIFF'S MOTION TO ALTER/AMEND JUDGMENT [EFC NO. 87]**<br><br>**(First Request)** |

　　　　Plaintiff the Bank of New York Mellon, fka The Bank of New York as Successor in Interest to JP Morgan Chase Bank NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-9, Mortgage Pass-Through Certificates, Series 2005-9 ("BNYM" or "Plaintiff"), and Defendant Royal Highlands Street and Landscape Maintenance

4853-1628-0975

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

Corporation ("Royal Highlands"), by and through their respective counsel, hereby stipulate to allow Plaintiff to extend the time to file its reply to Royal Highland's response to Plaintiff's Motion to Alter/Amend Judgment [ECF No. 89] from March 26, 2019 to **April 2, 2019.**

The reason for the extension is not for purposes of delay but rather, is due to the workload of Plaintiff's attorneys who is currently extensively preparing for an evidentiary hearing this week. This is the Parties' first request for an extension of this deadline.

**IT IS SO STIPULATED.**

Dated: March 26, 2019.

SNELL & WILMER L.L.P.

By: /s/ Blakeley E. Griffith
    Andrew M. Jacobs (NV Bar No. 12787)
    Blakeley E. Griffith (NV Bar No. 12386)
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169
    Telephone: (702) 784-5200
    Facsimile: (702) 784-5252
*Attorneys for Plaintiff Bank of New York Mellon*

Dated: March 26, 2019.

LEACH KERN GRUCHOW ANDERSON SONG

By: /s/ Ryan D. Hastings
    Ryan D. Hastings (NV Bar No. 12394)
    2525 Box Canyon Drive
    Las Vegas, NV 89128
    Telephone: (702) 538-9074
    Facsimile: (702) 538-9113
*Attorneys for Defendant Royal Highlands Street and Landscape Maintenance Corporation*

**ORDER**

**IT IS SO ORDERED.**

DATED: March 27, 2019

/s/ James C. Mahan
UNITED STATES DISTRICT COURT JUDGE

4853-1628-0975

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2019, I electronically filed the foregoing **STIPULATION AND ORDER FOR PLAINTIFF TO FILE ITS REPLY TO DEFENDANT ROYAL HIGHLANDS STREET AND LANDSCAPE MAINTENANCE CORPORATION'S RESPONSE TO PLAINTIFF'S MOTION TO ALTER/AMEND JUDGMENT (First Request) [EFC NO. 87]** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 26th day of March 2019.

/s/Gaylene Kim
An Employee of Snell & Wilmer L.L.P.

4853-1628-0975