ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendants*
**LAS VEGAS DEVELOPMENT GROUP, LLC
AND AIRMOTIVE INVESTMENTS, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK NA AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS ALT-A TRUST 2005-9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-9,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited-liability company; ROYAL HIGHLANDS STREET AND LANDSCAPE MAINTENANCE CORPORATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company; and AIRMOTIVE INVESTMENTS, LLC, a Nevada limited-liability company,<br><br>Defendants. | Case No.   2:16-cv-00478-JCM-GWF |

**STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO MOTION TO ALTER OR AMEND JUDGMENT UNDER FRCP 59(e)**
(Second Request)

COMES NOW Plaintiff, THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK NA AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR

STEARNS ALT-A TRUST 2005-9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-9, and Defendants, AIRMOTIVE INVESTMENTS, LLC and LAS VEGAS DEVELOPMENT GROUP, LLC, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On March 5, 2019, Plaintiff filed a Motion to Alter or Amend Judgment Under FRCP 59(e) herein [ECF #87]. Responses to said Motion were originally due on March 19, 2019.

2. On March 19, 2019, the parties submitted a stipulation to extend time to respond to the subject motion until April 2, 2019. [ECF #88]. Said stipulation was approved on March 21, 2019. [ECF #90].

3. The prior extension was based in part upon the fact that Defendants' counsel was required to serve on jury duty. Subsequent to being released from jury duty, counsel had a backlog of work obligations. To date, counsel has been unable to complete the response to the subject motion.

4. Based upon the foregoing, Defendants have requested and shall be granted an additional extension of time until April 12, 2019, in which to respond to the Plaintiff's Motion to Alter or Amend Judgment Under FRCP 59(e).

5. This Stipulation is made in good faith and not for purpose of delay.

Dated this ___2nd___ day of April, 2019.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | SNELL & WILMER L.L.P. |
|---|---|
| /s/ *Timothy E. Rhoda* <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 9120 West Post Road, Suite 100 <br> Las Vegas, Nevada 89148 <br> (702) 254-7775 <br> croteaulaw@croteaulaw.com <br> *Attorney for Defendants* <br> *Las Vegas Development Group, LLC* <br> *and Airmotive Investments, LLC* | /s/ *Blakeley E. Griffith* <br> BLAKELEY E. GRIFFITH, ESQ. <br> Nevada Bar No. 12386 <br> 3883 Howard Hughes Parkway, Suite 1100 <br> Las Vegas, NV 89169 <br> 702-784-5200 <br> 702-784-5252 (fax) <br> bgriffith@swlaw.com <br> *Attorney for Plaintiff* <br> *Bank of New York Mellon* |

10912 Fishers Island

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO ALTER
OR AMEND JUDGMENT UNDER FRCP 59(E) (Second Request)
2:16-cv-00478-JCM-GWF

**IT IS SO ORDERED.**

By: _____
UNITED STATES DISTRICT JUDGE

Dated: April 3, 2019

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____2nd____ day of April, 2019, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO ALTER OR AMEND JUDGMENT UNDER FRCP 59(E) (Second Request)** to the following parties:

Holly Cheong
Snell & Wilmer LLP
Suite 1100
3883 Howard Hughes Pkwy
Las Vegas, NV 89169
702-784-5200
702-784-5252 (fax)
hcheong@swlaw.com
*Attorney for Plaintiff*
*Bank of New York Mellon*

Ryan D Hastings
Leach Johnson Song & Gruchow
8945 W. Russell Road
Las Vegas, NV 89148
702-538-9074
702-538-9113 (fax)
rhastings@leachjohnson.com
*Attorney for Defendant*
*Royal Highlands Street and Landscape*
*Maintenance Corporation*

Blakeley E. Griffith
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
702-784-5200
702-784-5252 (fax)
bgriffith@swlaw.com
*Attorney for Plaintiff*
*Bank of New York Mellon*

Amy F. Sorenson
Snell & Wilmer, LLP
3883 Howard Highes Parkway
Suite 1100
Las Vegas, NV 89169
801-257-1907
801-257-1800 (fax)
asorenson@swlaw.com
*Attorney for Plaintiff*
*Bank of New York Mellon*

Andrew M. Jacobs
Snell & Wilmer L.L.P.
One South Church Avenue
Tucson, AZ 85701
520-882-1207
520-884-1294 (fax)
ajacobs@swlaw.com
*Attorney for Plaintiff*
*Bank of New York Mellon*

Jeanette E. McPherson
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard
Suite 1100
Las Vegas, NV 89146
702-228-7590
702-892-0122 (fax)
bkfilings@s-mlaw.com
*Attorney for Interested Party*
*Chapter 7 Trustee Shelley D. Krohn*

Wayne O. Klomp, Pvt
Snell & Winter, LLP
50 W. Liberty Street
Reno, NV 89501
(775) 785-5440
(775) 785-5441 (fax)
wklomp@swlaw.com
*Attorney for Plaintiff*
*Bank of New York Mellon*

Steven T. Loizzi, Jr.
Alessi & Koenig, LLC
9500 West Flamingo Road, Suite 205
Las Vegas, NV 89147-5721
(702) 222-4033
(702) 222-4043 (fax)
steve@alessikoenig.com
*Attorney for Defendant*
*Alessi & Koenig, LLC*

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.