Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: ajacobs@swlaw.com
bgriffith@swlaw.com
*Attorneys for Plaintiff
Bank of New York Mellon*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK NA AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS ALT-A TRUST 2005-9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-9,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS DEVELOPMENT GROUP LLC, a Nevada limited-liability company; ROYAL HIGHLANDS STREET AND LANDSCAPE MAINTENANCE CORPORATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company,<br><br>Defendants. | Case No.: 2:16-cv-00478-JCM-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION FOR PLAINTIFF TO FILE ITS REPLY TO DEFENDANTS LAS VEGAS DEVELOPMENT GROUP LLC'S and AIRMOTIVE INVESTMENTS, LLC'S RESPONSE [ECF NO. 96] TO PLAINTIFF'S MOTION TO ALTER/AMEND JUDGMENT [EFC NO. 87]**<br><br>**(First Request)** |

Plaintiff the Bank of New York Mellon, fka The Bank of New York as Successor in Interest to JP Morgan Chase Bank NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-9, Mortgage Pass-Through Certificates, Series 2005-9 ("BNYM" or "Plaintiff"), and Defendants Las Vegas Development Group, LLC and Airmotive

4829-4721-6788

Investments, LLC (collectively "Defendants"), by and through their respective counsel, hereby stipulate to allow Plaintiff to extend the time to file its reply to Defendants' response to Plaintiff's Motion to Alter/Amend Judgment [ECF No. 96] from April 19, 2019 to **April 26, 2019.**

The reason for the extension is not for purposes of delay but rather, is due to the workload of Plaintiff's attorneys. This is the Parties' first request for an extension of this deadline.

**IT IS SO STIPULATED.**

Dated: April 18, 2019.

SNELL & WILMER L.L.P.

By: /s/ Blakeley E. Griffith
    Andrew M. Jacobs (NV Bar No. 12787)
    Blakeley E. Griffith (NV Bar No. 12386)
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169
    Telephone: (702) 784-5200
    Facsimile: (702) 784-5252
*Attorneys for Plaintiff Bank of New York Mellon*

Dated: April 18, 2019.

ROGER P. CROTEAU & ASSOCIATES, LTD

By: /s/ Timothy R. Rhoda
    Roger P. Croteau (NV Bar No. 4958)
    Timothy E. Rhoda (NV Bar No. 7878)
    9120 West Post Road, Suite 100
    Las Vegas, NV 89148
    Telephone: (702) 254-7775
    Facsimile: (702) 228-7719
*Attorneys for Defendants Las Vegas Development Group, LLC and Airmotive Investments, LLC*

**ORDER**

**IT IS SO ORDERED.**

DATED: April 19, 2019

_____
UNITED STATES DISTRICT COURT JUDGE

4829-4721-6788

# CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2019, I electronically filed the foregoing **STIPULATION AND ORDER FOR PLAINTIFF TO FILE ITS REPLY TO DEFENDANTS LAS VEGAS DEVELOPMENT GROUP, LLC'S and AIRMOTIVE INVESTMENTS, LLC'S RESPONSE [ECF NO. 96] TO PLAINTIFF'S MOTION TO ALTER/AMEND JUDGMENT (First Request) [EFC NO. 87]** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 18th day of April 2019.

/s/Gaylene Kim
An Employee of Snell & Wilmer L.L.P.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

4829-4721-6788